PROB 12B
(7/93)

Report Date: March 4, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 5 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Peter Santos Murillo                Case Number: 2:05CR02118-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 1/4/2007                   Type of Supervision: Supervised Release

Original Offense: Ct. 1: Possession of Firearm in     Supervision to Commence: 3/9/2013
Furtherance of a Drug Trafficking Crime, 18 U.S.C. §
924(c)(1)(A); Ct. 2: Possession of Firearm by
Prohibited Person, 18 U.S.C. § 924(g)(1)

Original Sentence: Prison - 111 Months; TSR - 36      Date Supervision Expires: 3/8/2016
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17.  The defendant must participate in and successfully complete an outpatient mental health treatment program approved by the probation officer. The defendant may be required to pay a portion of the cost of his treatment as determined by the probation officer.

18.  The defendant must refrain from the use and possession of alcohol and other forms of intoxicants.

## CAUSE

On March 1, 2013, the undersigned officer received notice from the District of New Mexico, that the defendant had submitted a request to release to their district. Accordingly, the supervising probation officer from the District of New Mexico is requesting the defendant's conditions of supervision be modified as noted above. Attached for the Court's review is a waiver signed by the defendant agreeing to the modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 4, 2013

s/Jose Vargas

U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

3/5/13
Date

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF WASHINGTON

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By assistance of counsel, I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Special Condition -- "The defendant must participate in and successfully complete an outpatient mental health treatment program approved by the probation officer. The defendant may be required to pay a portion of the cost of this treatment as determined by the Probation Officer."

Special Condition -- "The defendant must refrain from the use and possession of alcohol and other forms of intoxicants."

Witness: _____   Signed: _____
Laura Garibay                                  Peter Santos Murillo
United States Probation Officer                Probationer

_____
2/28/13

Date