PROB 12C
(7/93)

Report Date: August 27, 2013

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### for the

AUG 2 7 2013

### Eastern District of Washington

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Peter Santos Murillo          Case Number: 0980 2:05CR02118-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 4, 2007

| Original Offense: | Possession of Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)<br>Possession of Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) | |
|---|---|---|
| Original Sentence: | Prison 111 M; TSR - 36 M | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Donald E. Kresse, Jr. | Date Supervision Commenced: 3/11/2013 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: 3/10/2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Peter Murillo admitted to using methamphetamine on or about August 25, 2013. |
| 2 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the Court or probation officer.<br><br>**Supporting Evidence**: On or about August 12, 2013, Peter Murillo extended his leave from the Western District of Washington without permission of the probation officer. |
| 3 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On or about July 31, 2013, Peter Murillo failed to report a change in employment within 10 business days. |

Prob12C
**Re: Murillo, Peter Santos**
**August 27, 2013**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/27/2013

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/27/13
Date